WILLIAM G. MALCOLM #129271
CHRISTINA J. KHIL, #266845
Malcolm ♦ Cisneros, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
christinao@mclaw.org
Phone: (949) 252-9400
Facsimile: (949) 252-1032

Attorneys for A. Cisneros, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>LORENA LILIANA MOLINA-LOPEZ,<br><br>    Debtor. | Case No.: 6:18-bk-10412-WJ<br><br>Chapter 7<br><br>Adv. No.: 6:20-AP-01003-WJ |
| A. CISNEROS, Chapter 7 Trustee of the Estate of Lorena Liliana Molina-Lopez,<br><br>    Plaintiff,<br>vs.<br><br>LORENA LILIANA MOLINA-LOPEZ, an individual, HUGO MOLINA, an individual,,<br><br>    Defendant. | **PROOF OF SERVICE**<br><br>Status Conference:<br>Date:    April 9, 2020<br>Time:    10:30 AM<br>Location: 3420 Twelfth Street<br>         Riverside CA 92501 |

///
///
///
///
///
//
///

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

2112 Business Center Drive, 2nd Floor, Irvine, CA 92612

A true and correct copy of the foregoing document entitled (*specify*): **ADVERSARY COMPLAINT: (1) FOR TURNOVER OF PROPERTY OF THE ESTATE (11 U.S.C. §§ 542(a), 542(e)); (2) TO AVOID PREFERENTIAL TRANSFERS (11 U.S.C. §§ 547(b), 550(a), 551); (3) TO AVOID FRAUDULENT TRANSFERS (11 U.S.C. §§ 548(b), 550(a), 551); (4) TO AVOID POST-PETITION TRANSFERS (11 U.S.C. §§ 549(a), 550(a), 551)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 17, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**UNITED STATES TRUSTEE (SA): United States Trustee (RS)**    ustpregion16.rs.ecf@usdoj.gov
**NOTICE: Christina J Khil**    christinao@mclaw.org, CACD_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 17, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Bankruptcy Judge: Wayne E. Johnson, 3420 Twelfth Street, Riverside CA 92501**
**Defendant: Lorena Molina-Lopez, 11762 De Palma Rd, 1-C300, Corona, CA 92883**
**Defendant: Hugo Molina, 1421 Carmelita Ave., Apt 5, Burlingame, CA 94010**
**Attorney for Lorena-Molina-Lopez: Baruch C Cohen , 4929 Wilshire Blvd Ste 940, Los Angeles, CA 90010**
**Courtesy Copy Notice: Gary S Saunders, Saunders Law Group, 1891 California Ave Ste 102, Corona, CA 92881**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 17, 2020 | Erica F. Pedraza | /s/ Erica F. Pedraza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.